# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 1, 2017

## NO. 03-17-00104-CV

**M. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN**
**AFFIRMED—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the district court on May 4, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.